IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CONNIE FRANCES WHIGUM,
    Plaintiff,

vs.                                                Case No.:  3:15cv256/MCR/EMT

U.S.A., et al.,
    Defendants.
_____/

## ORDER and REPORT AND RECOMMENDATION

      Plaintiff, a citizen proceeding *pro se* and motioning for leave to proceed *in forma pauperis* (doc. 2), initiated this case on June 4, 2015, by filing an untitled pleading (doc. 1) that begins, "Plaintiff/Claimant's Notice of Emergency Reopening, Rescanning, Forwarding by Refiling of the Attached Corrected U.S. Federal Civil RECO [sic] Incorporated Complaints . . . ." The remainder of this pleading consists of 193 pages, many of which are copies of documents from other proceedings in this federal court and in various state court proceedings. Plaintiff also submitted other filings which similarly contain a multitude of pages that are copies of documents from other proceedings (docs. 4–7).

      Upon consideration, the undersigned concludes that this action should be dismissed as malicious for Plaintiff's abuse of the judicial process. Additionally, leave to proceed in forma pauperis will be granted for the limited purpose of dismissing this action.

      Plaintiff's pleadings and filings are not new to this court. In Whigum v. Eric Holder, Jr., et al., Case No. 3:15cv94/MCR/CJK, Magistrate Judge Charles J. Kahn, Jr., issued a Report and Recommendation which stated:

> Plaintiff is a resident of Bagdad, Florida. Plaintiff's motions are largely incomprehensible, but one thing is clear. Plaintiff filed this lawsuit in response to Chief District Judge [M. Casey] Rodgers' March 6, 2015 Order denying plaintiff's

motion to reopen Case No. 3:14cv509/MCR/EMT, and prohibiting plaintiff from filing

any further documents in that case. *See Whigum v. United States of America, et al.*, Case No. 3:14cv509/MCR/EMT, doc. 30. Judge Rodgers' order provided:

> The requested relief [to reopen the case] is DENIED. The case before this Court is closed and the Court is without authority to reopen the case. The time for appeal to the United States Court of Appeals for the Eleventh Circuit has expired. No further documents will be accepted for filing in this case.
>
> Savvy enough to understand that order, plaintiff has opened another case, solely for the purpose of continuing an ill-advised effort that was wisely halted by Chief Judge Rodgers' order.

*See* Case No. 3:15cv94, Doc. 7 (citation and footnote omitted).

Magistrate Judge Kahn went on to recommend that Case No. 3:15cv94 be dismissed as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) for Plaintiff's abuse of the judicial process by attempting to circumvent Chief Judge Rodgers' order in Case No. 3:14cv509. That Recommendation was adopted, and the case was dismissed on April 15, 2015.

The case now before this court is no different as it attempts to circumvent the orders in Case No. 3:14cv509, and in the more recent Case No. 3:15cv94 as well. Likewise, to the extent that the pleadings in this case are comprehensible, they are in essence a repetition of the pleadings that were filed previously in Case No. 3:15cv94.

Title 28 U.S.C. § 1915 mandates that the district court dismiss an in forma pauperis action if the court determines that the action is "(i) frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). Plaintiff filed this lawsuit, in bad faith, in an attempt to circumvent the orders handed down in the previous cases identified above. This constitutes abuse of the judicial process.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed in forma pauperis (doc. 2) is **GRANTED** for the limited purpose of dismissing this action.

And it is respectfully **RECOMMENDED:**

1. That this case be **DISMISSED WITH PREJUDICE** as malicious under 28 U.S.C. § 1915(e)(2)(B)(i), for Plaintiff's abuse of the judicial process.

  2. That all pending motions be **DENIED** as moot.

  3. That the clerk be directed to close the file and to return to Plaintiff without filing any other documents Plaintiff submits for filing relating to Case Numbers 3:14cv509/MCR/EMT or Case No. 3:15cv94/MCR/CJK.

  **DONE AND ORDERED** this 30th day of June 2015.

            /s/ *Elizabeth M. Timothy*
            **ELIZABETH M. TIMOTHY**
            **CHIEF UNITED STATES MAGISTRATE JUDGE**