IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CONNIE FRANCES WHIGUM,**
    Plaintiff,

vs.                                                    Case No.: 3:15cv256/MCR/EMT

**U.S.A., et al.,**
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 30, 2015 (doc. 21).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED WITH PREJUDICE** as malicious under 28 U.S.C. § 1915(e)(2)(B)(i), for Plaintiff's abuse of the judicial process.

3.    All pending motions are **DENIED** as moot.

4.    The clerk is directed to close the file and to return to Plaintiff without filing any other documents Plaintiff submits for filing relating to Case Numbers 3:14cv509/MCR/EMT or Case No. 3:15cv94/MCR/CJK.

**DONE AND ORDERED** this 14th day of July 2015.

                                        s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**

*Case No: 3:03cv497/MCR/EMT*